AO 240 (1/94)

# United States District Court

DISTRICT OF Columbia

JUN 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Michael Jack Stephens
Plaintiff

v.

United States of America, et al.,
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

Leave to file without Prepayment of Cost GRANTED

07 1162

CASE NUMBER: Henry Kennedy
6/27/07

I, Michael Jack Stephens, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    ☐ Yes    ☑ No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 2002 - K J m Trucking (Self-employed) Out of Business   350-450 Weekly before Taxes

3. In the past 12 twelve months have your received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☑ | ☐ |
    | b. | Rent payments, interest or dividends | ☑ | ☐ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
    | d. | Disability or workers compensation payments | ☐ | ☑ |
    | e. | Gifts or inheritances | ☐ | ☑ |
    | f. | Any other sources | ☐ | ☑ |

RECEIVED
JUN 04 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes" describe each source of money and state the amount received and

3

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☒ Yes  ☐ No

   If "Yes" describe the property and state its value.

   • 128 Pinto Way
   Bloomingdale, Georgia 31302       Property rented out.
   1993 - Chevrolet T/PU -
   2000 - motorcycle               *a Tax Lien against all in Chatham Cty.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   (NONE)

I declare under penalty of perjury that the above information is true and correct.

June 01, 2007            Michael Jock Stephens (all rights reserved)
_____          Sui Juris
      DATE                     SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____ . I further certify that the applicant has the following securities to his/her credit: _____
_____ . I further certify that during the past six months the applicant's average balance was $ _____ .

_____          _____
      DATE                  SIGNATURE OF AUTHORIZED OFFICER