**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:

U.S. Attorney General
950 Pa. Ave., NW
Washington, DC 20530

Civil Action, File Number __CA-07-1162 ESH__

__Michael J. Stephens, etal__
V.
__United States of America, etal__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ Keep copy 3 for your records.

LEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, entity, you must indicate under your signature your relationship to that entity. If orized to receive process, you must indicate under your signature your authority.

f this form to the sender within ____ days, you (or the party on whose behalf you rred in serving a summons and complaint in any other manner permitted by law.

is form, you (or the party on whose behalf you are being served) must answer the re sent. If you fail to do so, judgment by default will be taken against you for the

tice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (USMS Official)

OF RECEIPT OF SUMMONS AND COMPLAINT
ed a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense