IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL JACK STEPHENS and KELLIE D. CLARK<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 07-1162 (ESH)<br>)<br>)<br>)<br>) |

## **REPLY**

Plaintiffs' opposition to the United States' motion to dismiss raises no new issues of fact or law, and therefore, requires no substantive response.  Accordingly, the United States relies upon its motion to dismiss, and asks the Court to grant the motion.

DATE: September 25, 2007.

                              Respectfully submitted,

                              /s/ Pat S. Genis
                              PAT S. GENIS, #446244
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              Post Office Box 227
                              Washington, DC  20044
                              Tel./FAX:  (202) 307-6390/614-6866

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

2644096.1

CERTIFICATE OF SERVICE

  IT IS CERTIFIED that the United States' REPLY was served upon plaintiffs *pro se* on September 25, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

    Michael Jack Stephens
    Kellie D. Clark
    *Plaintiffs pro se*
    128 Pinto Way
    Bloomingdale, GA 31302

         /s/ Pat S. Genis
         PAT S. GENIS, #446244