IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Michael Jack Stephens and         ]
Kellie Dawn Clark                 ]
                                  ]
          Plaintiffs,             ]
                                  ]
     v.                           ]        NO: 07-1162 (ESH)
                                  ]
                                  ]
UNITED STATES, et al.             ]
                                  ]
          Defendants.             ]

**RECEIVED**

SEP **2 6** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S OBJECTIONS TO MOTION TO DISMISS COMPLAINT

Plaintiff's come now and show why this action should NOT be dismissed.

a. Kellie D. Clark is indigent and was bankrupt as of March 7, 2006. She did not file this money against the discharge because she is NOT a partner of K & M Truck. Your records are false.

b. Michael Jack Stephens was given "leave to file without prepayment of costs" was granted on June 29, 2007, and therefore "we" did not fail to serve anyone. This clerk of this court failed to serve them. See exhibit A.

c. Should this Court dismiss plaintiff's complaint for failure to properly serve the United States? This is indeed a serious question. So Should they? I think NOT.

d. But? How do you serve an agency (IRS) that does not exist? As anyone can clearly see from looking in Title 31 U.S.C. §301 thru §311, you will NOT find the Internal Revenue Service listed anywhere. Also under Title 31 U.S.C. §9101 you will see it is not listed as a "government corporation" whether 'mixed-ownership" or "wholly owned".

e. Diversified Metal Products Inc. v. U.S.; 7th Judicial District

"U.S. Attorney; Betty H. Richardson answered on behalf of the Internal
Revenue Service; 'Denies that the Internal Revenue Service is an agency
of the united States Government but admits that the United States of America
would be the proper party to this action."

f. See Exhibit E: Divisions of Corporations—online services; Delaware

Please note the date of entry: 7-12-1933

https://sos-res.state.de.us/tin/controller

g. See Exhibit F; 3 pages; Please note date here: 7-11-1933;

ARTICLE OF INCORPORATION:
INTERNAL REVENUE TAX AND AUDIT SERVICES, INC.

f. See Exhibit G: 3 pages: Title 31 U.S.C. 333: Prohibition of misuse of

Department of the Treasury names, symbols, etc. There is a civil penalty under (c)

for the misuse of such names, symbols. I have several hundred letters with the Internal

revenue service name typed on FOIA answers sent to me from the so called IRS. I have keep

a list of every time this section has been violated.

h. Should this case be dismissed because the government has lied to it's people?

This is an error again on YOUR part, not my part, so I can not be held accountable for your

error.

# I
## DEFENDANTS ARGUMENT

a. Defendant has a good argument for the grounds so stated.  But, again "we" did

not serve anyone.  I can not be held accountable for an error of the court.

b. Under second paragraph defendant states:

"Failure to properly serve the United States deprived the Court of personal
jurisdiction, leaving the Court with no power to compel an answer or response."
*Rabiolo v. Weinstein, 357 F. 2d 167, 168 (7th cir. 1966)*

c. If this is so, then why have you responded. You have stated in detail certain parts of our complaint, so it is clear evidence, "by your own admission" that the government was served and copy of our complaint. It clearly appears to me this attorney may be committing perjury, to get this complaint dismissed.

## II
## DEFENDANTS
## PLAINTIFFS HAVE FAILED TO STATE A CLAIM UNDER 7433

**1. Plaintiff's complaint is insufficient under rule 8(a)?**

a. Plaintiff's administrative claim "so attached to our complaint" in full details clearly show each error and reason for each complaint, in full detail. Had the attorney, or counsel, read our administrative claim in full, they can clearly see we specifically detailed each error, and the code section which the (IRS) failed to adhere too. We did not see any need to rewrite this within the complaint when we filed the administrative claim with our complaint.

b. Plaintiff's administrative complaint in details does comply with Rule 8(a):

1. Page 2: 2th and 3rd claim: lack of assessment. The (IRS) has not shown us the 23C form, where proper assessment has taken place. See Exhibit B (4 pages) where we specifically wrote a FOIA and requested said form. They (IRS) did not produce 23C form. Therefore we can only conclude that this mandatory 23C form does not exist.

All laws and case precedent clearly show that the 23C[1] is proper, and the correct form for any any all tax assessments.

> "The district director...shall appoint one or more assessment officers. The assessment shall be made by the assessment officer signing the summary record of assessment..."

i)      Meyersdale Fuel Co v. U. S. 44 F. 2d 437, 443 (Ct. cl. 1930)

---

[1] Two decisions of the 9th circuit court of appeals are pertinent in their teachings and applicability here. _Huff v. United States,_ 10 F 3d 1440 (9th cir. 1993), and _Mulvania v. U.S._ 214 BR (9th cir. 1997). Each of these 9th circuit decisions make it clear that in order to properly discharge his statutory obligation under 26 U.S.C. 6203 of the IRC and 26 C.F.R. §301.6203-1 of the Treasury Regulations, the Commissioner must issue to the requesting tax payer a summary record of assessment (form 23c) signed by a duly appointed officer in order to properly validate an assessment of a tax.

3

ii)    U. S. v Miller, 318 F. 2d 637 (7th Cir. 1963)
       Before sums deposited in respect to a "presumed taxpayer" can be
       converted to use by the United States Treasury, the "taxpayer" must
       be assessed. The term "assessment" has a technical meaning binding
       on a court and on the government.[2]

iii)   Girard Trust Bank v. United States; 643 F. 2d 725 (Ct. Cl 1981)
       "it is not possible for a 'taxpayer' to make an assessment."

iv)    Rosenman v Commissioner, 323 U.S. 658 (1945)
       "a tax does not exist absent an assessment."

v)     Bothe v. Fluor Engineers and Constructors, Inc. 713 F. 2d 1405 (1983)
       "merely demanding payment of a tax, even repeatedly, does not
       cause liability."

vi)    SEE EXHIBIT H; blank 23C form

2. Page 4: violation of 6330: notice and opportunity for hearing **before levy:**

This would represent our 4th, 5th, 6th, 11th, 12th, 18th, claims.

This did not happen, only levy in our case. The "someone" sent to the bank a 'NOTICE OF

LEVY" and took Clark's money; without notice and opportunity for hearing. NO CDPH,

NO nothing. If this is not a wrongful collection activity, please show me what is. But, this is

really stealing, without due process of law, no court order, nor a collection due process

hearing which everyone is entitled to, and further more, we could have took this action all

the way up to Tax Court, if you did not like the determination of the hearing officer, and after

Tax Court we could have appealed it to the court of appeals also. All of this "due process"

was and has been denied. So again if this is NOT wrongful collection activities, then what is?

> "The chief Judge of the U.S. Tax Court ruled in Shell v. CIR, docket #
> 20188-05L, on May 31, 2006 that IRC §6330 **requires an in-person
> hearing[3] in CDP cases if petitioner request."**

---

[2] assessment: if fixes the liability of the tax payer and ascertains the facts and furnishes the date for
the proper preparations of the tax rolls. Black's law dictionary, 6th ed. page 117
[3] hearing: a proceeding of relative formality (though generally less formal than a trial), generally
public, with definite issues of fact or of law to be tried, in which witnesses are heard and evidence
presented. It is a proceeding where evidence is taken to determine issue of fact and to render decisions
on basis of that evidence. People v Ivenditti, 276 C.A. 2d. 178, 80 Cal. Rptr. 761, 762
Black's Law Dictionary, 6th Ed. page 72

4

Section 6331(d) is noted on our Administrative Claim on page 8 under the 11th Claim.

These requirement were not meet, and furthermore no jeopardy assessment has been made.

Also under 26 CFR §301.103; further explains what procedure should have taken place.

Also Under 26 CFR §301.104; it is noted (2) levy:

> "the taxpayer must be furnished written notice of intent to levy **no fewer than 10 days** *before* **the date of the levy.**

A. Also a NOTICE OF LEVY is not a levy: Form 668a; see copy attached Exhibit C, front and back. A notice of levy is just that, **a notice**. It is not a levy.

B. A LEVY IS: Form 668B; see copy attached Exhibit D, front and back

C. On the 668A you will notice that section (a) of §6331 has been left off, therefore false in nature, and a cover up of the truth, in other words "obstruction of justice".

D. on the 668B you will notice that section (a) is indeed on this form; therefore correct in nature.

E. **Inclusio unius est exclusion alterius:** The inclusion of one is the exclusion of another.

### III
### DEFENDANTS
### THE LEVY AGAINST CLARK WAS PROPER

1. This is a fraud upon this court. Plaintiff's have clearly and precisely shown why this levy was and still is improperly handled. a) no due process, b) no collection due process hearing, c) no petition to tax court. d) no offer of any other process the agency is required by law to follow, d) we could have went to the court of appeals, or the supreme court, too.

None of this due process was offered or extended to our case. JUST A LEVY.

the Internal Revenue Manual states: IRM 4.10.7.2.3.4:

> "the service is bound by the regulations, the courts are not"

5

2. The Declaration of Pat S. Genis: I am challenging the validity of this document.

i) The document in question is not signed. How can anyone attest to the validity of any document without a signature from the person whom sent it too you. The signature is an attest statement that it is true and accurate copy of the original, and we can hold the signer accountable for perjury if we prove it is NOT accurate.

ii) The document is not attached to any certification such as Form 2866; Certification of an official document. So once again Pat Genis, is taking someone else's word or in other words a presumption that it is accurate. Prima Facie on the face of it.

iii) **Untrue:** Prima facie, inaccurate but not willfully false.  Black's law dictionary.

iv) I do not hold this opinion; I need to see a signature; or this document must be removed as NOT true, for lack of signature, or attachment of form 2866.

v) All proper paperwork was done when I change K and M truck to sole ownership, the employee's have failed to change the computer for one reason.

a) MICHAEL JACK STEPHENS has no bank accounts, or property which is not exempt under 6334, and therefore they can not levy me. I am indigent. It would then be proper to release levy under 6343(e): **Release of levy upon agreement that amount is not collectible.**

> "In the case of a levy on the salary or wages payable to or received by the tax payer, upon agreement with the tax payer that the tax is not collectible, the Secretary shall release such levy as soon as practicable."

So they decided to make a false entry in the computer to change the records so they could at least get some money from Ms. Clark's account. You can look at the TC 971's posted to master file and clearly and precisely see the employee's have manually overridden the computer so they could change or post any entry they choose.

## SUMMARY OF OTHER FACTS RELEVANT TO ISSUE AT HAND

1.  No public officer can take any action affecting your property…"unless authorized to do by express law,…and that the person invested with such a power, must pursue with precision the course prescribed by law, or **his act is invalid…"**
    *Thatcher v. Powell*, 19 U.S. (6 Wheat.) 119 (1821)

2.  A complaint should not be dismissed for failure to state a claim unless it appears beyond a doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief. See *Conley v. Gibson,* 355 U.S. 41, 45-46 (1957), also *Neitzke v. Williams,* 109 S. Ct. 1827, 1832 (1989). Rule 12(b)(6) does not countenance dismissals based on a judge's disbelief of a complaint's factual allegations. In applying the Conley standard, the Court will "accept the truth of the well-pleaded factual allegations of the complaint."

3.  "The complaint should not be dismissed unless it appears to a certainly that plaintiff's would be entitled to **no** relief under any statute of facts that could be proved in support of the claim."
    See *Gomez v. Toledo,* 64 L. Ed. 2d 572, 100 S. Ct 1920 (1980 US)

4.  The Thirteenth Amendment, provides in pertinent part the "Neither slavery nor involuntary servitude, except as a punishment of a crime...shall exist within the united States, or any place subject to their jurisdiction."
    This includes officers, agents, principal, and judge's, lawyer's, and all other in positions of power. These actions by the employees have put us in a position of such as stated above.

5.  "Pleadings in this case are being filed by Plaintiff in Propria persona, wherein are to be considered without regard to technicalities. Propria, pleadings are not to

7

be held to the same high standards of perfection as practicing lawyers". See

_Haines v. Kerner_ 92 S Ct 594, also see _Power_ 914 F 2d 1459 (11th Cir. 1990),

also see _Hulsey v. Owens_ 63 F 3d. 354 (5th Cir 1995).

6.    In _Puckett v. Cox,_ it was held that a pro se pleading requires less stringent reading that one drafted by a lawyer (456 F 2d 233; Sixth Cir. 1972)

7.    Justice Black in _Conley v. Gibson,_ 355 U.S. 41 at 48 (1957) "the federal rules rejects the approach that pleadings is a game of skill in which one misstep by counsel may be decisive to the outcome and accept the principle that the purpose of pleadings is to facilitate a proper decision on the merits."

According to Rule 8(f) FRCP and the State Court rule which holds that all pleadings shall be construed to do substantial justice. Our filings are within these guidelines as stated.

## CONCLUSION

I have clearly presented a basis for denial of defendant's motion to dismiss.  It does not matter what we as people say, according to you (government officials) we are always wrong.  I have all my life tried to be honest, and just in my dealing and upon study's which I have over the last several years done, have found out that it is not returned to us in an honest fashion.  We are merely 14th amendment **slaves** if we choose to be 14th amendment; so called citizens of the UNITED STATES (a State of Delaware Corporation).

i)     We respectfully request a denial of Defendant's Motion to dismiss.

ii)    We further request the defendant's be ordered to answer our original complaint (with admin. claim attached) in full either admit or deny every section of it.

iii)   We request the defendant's be ordered to answer our Motion for discovery in full.

iv)    We further request any other relief that this court deems proper and just.

8

We feel defendant's have failed to address the proper issues here, and tried to mislead this

court as to the true nature of such action. We have proper addressed all issues, with in our

knowledge of such and from our thinking. Of course we do not think like lawyers.

DATE: September 18, 2007

Respectfully; In GOD we trust

Michael Jack Stephens                    all rights reserved

Kellie D. Clark                          all rights reserved

cc. file
time: 9 hours

9

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Michael Jack Stephens and        ]
Kellie Dawn Clark                ]
                                 ]
            Plaintiffs,           ]
                                 ]
    v.                           ]          NO: 07-1162 (ESH)
                                 ]
                                 ]
UNITED STATES, et al.            ]
                                 ]
            Defendants.          ]

## ORDER

Having considered the Plaintiff's objections to Motion to dismiss complaint,

and by reading all pages in support thereof, and having further considered defendant's

(lack of reading the administrative claim) which is attached to their complaint, this Court

concludes that this objections Motion ought to be granted. Accordingly, it is this

_____ day of _____, 2007, at Washington, D.C.

ORDERED that defendants motion to dismiss is denied in full.

ORDERED that defendants are required by _____ day of _____ 2007.

ii)    To answer Plaintiff's complaint (with admin. claim attached) in full either admit or
       deny every section of it.

iii)   To answer Plaintiff's Motion for discovery in full.

The Clerk to send to all parties conformed copies of this order.


                                    _____
                                    UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

It is certified that the Plaintiff's Objections to Motion to dismiss and proposed order were served upon Defendant's (per counsel, address of record) on September 18th, 2007, by depositing a copy in the United States mail, postage prepaid, addressed as follows:

PAT S. GENIS
TRIAL ATTORNEY, TAX DIVISION
U.S. DEPATMENT OF JUSTICE
P.O. B0X 227
WASHINGTON, D.C.  20044

So said I:

Kellie D. Clark                    all rights reserved

11

Exhibit A

**CLERK'S OFFICE**

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

**Friday, June 29, 2007**

**Civil Action#:** 071162 ESH

**Plaintiff:** MICHAEL J. STEPHENS

DEAR MICHAEL J. STEPHENS

In the above entitled case, please be advised that on 6/20/07, Judge Kennedy endorsed theron as follows:

"Leave to file without prepayment of costs granted."

As a result of the Judge's ruling, your case has been assigned to Judge Huvelle. All subsequent correspondence or pleadings must bear the civil action number referred to above, followed by the initials of the Judge assigned to your case.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott

*Exhibit B* *Page 4*

# FREEDOM OF INFORMATION ACT

## AND

## PRIVACY ACT REQUEST

August 16, 2006

**To:**   **IRS Atlanta Disclosure Office**
SE:S:C&L:GLD:A3:ATL
Mail Stop 602-D, Room 1905
401 W. Peachtree Street
Atlanta, Georgia       30308

From:  K and M Trucking
Kellie Dawn Clark
P.O.Box 781
Pooler, Georgia 31322

RE: Account No: 58-2677308 used to identity and maintain your system of records

     1. This is a request under the FREEDOM OF INFORMATION ACT at 5 U.S.C. 552, PRIVACY ACT at 5 U.S.C. 552a and the INTERNAL REVENUE CODE at 26 U.S.C. 6103 and 6110. This request does not fall under exception 26 U.S.C. 6103 (e)(7). These documents are not sought for any commercial purposes. This is my firm promise to pay fees and costs for locating and duplicating the records requested below, ultimately determined in accordance with 26 CFR 601.702(f).

     2. Understanding that most exemptions are discretionary, rather than mandatory, if for some reason you determined any portion of this request to be exempt from release, then furnish the following: (A) those portions reasonably segregable after the exempt material is deleted; (B) detailed justification for your discretionary exemption since the overriding objective of the FOIA is to maximize public access to agency records. See IRM [1.3]13.7.1 (08-31-2000) Approach to Exemptions and; ©) provide the name of the official and correct address to which an administrative appeal should be addressed.

     3. I am requesting copies of records in lieu of personal inspection of the requested record.

     4. I am attesting under the penalty of perjury under the laws of the united States of America 28 U.S.C. 1746(1) and from without the "United States", that I am a category 5 CFR 294.103(d) requestor. Pursuant to 5 U.S.C. 552 (a)(6)(A)(i), you have no more than 20 days to respond to this request.

B  2524

5. Please send me a copy of all documents listed below for above reference requesters and for tax year(s) 2003, 2004, 2005 which pertain to the Requestor identified herein and which are maintained in the following records or systems of records.

(a)    All documents identified as "OFFICIAL INTERNAL REVENUE SERVICE NON-MASTER FILE TRANSCRIPT" spelled exact as listed here. Take notice that I am not requesting the "Official Internal Revenue Service Non-Master Transcript" which does not exist. I am requesting the exact spelled "OFFICIAL INTERNAL REVENUE SERVICE NON-MASTER FILE TRANSCRIPT" which does exist in your system of records as demonstrated by the IRS Automated Non-Master File Accounting Manual, on page 3(17)(460)0-137 see Figure 3.

6. All documents identified as Business Master File (BMF) specific and not literal; Data service, Treasury/IRS 24.046 for Account number listed above.

7. TXMOD using command code "CC" or whatever named hardcopy document containing this same information regarding requester. See IRS Manual 6209 pg 13-19 showing the exact IRS information I am requesting. See IRM 3.13.222.13.8 (01-01-2002) which shows use of command code "CC" has more detailed information than any other command code.

8. TXMOD-Transaction Section using command code "CC" or whatever named hardcopy document containing the same information regarding requester. See IRS Manual 6209 pg 13-69 showing the exact IRS information being requested. See IRM 3.13.222.13.8 (01-01-2002) which shows use of command code "CC" has more detailed information than any other command code.

9. "IMFOLT" report using command code "IMFOLT" or whatever named hard copy document containing this same information for each tax year covered by this request. See IRM Manual 6209, section 14.10 pg.14-14 to 14-15 showing the exact IRS information being requested.

10. All documents called the AMDISA for the above tax years.

11. Copy of any and all 23C assessment certificates issued against account number listed above, and supporting documentation for the principal for each class of tax assessed as required by 26 U.S.C. §6203, and 26 CFR §301.6203-1.

12. Copy of any and all IRS form(s) 17 or 17A "Notice of Assessment and Demand" which pertains to the above requester.

13. Copy of any and all IRS form(s) 21 or 69 "Second Notice of Assessment and Demand" which pertain to the above requester.



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

Date:
SEP 01 2006

K and M Trucking
Kellie Dawn Clark
PO Box 781
Pooler, GA  31322

Dear Ms. Clark:

This is in response to your Freedom of Information Act request dated August 16, 2006, and received in our office August 25, 2006.

You cited both Freedom of Information (FOIA) and Privacy Act (PA).  We processed your request under FOIA since FOIA provides greater access to requested records.  Furthermore, a request under the PA must specify the System of Records you wish to access.

In item A, you requested documents identified as "Official Internal Revenue Service Non-Master File Transcript" transcripts for tax years 2003 through 2005.  We have completed a thorough search of our records.  There are no responsive records pertaining to this item.

In item 6, you requested documents as Business Master File (BMF) specific and not literal for tax years 2003 through 2005.    We have enclose BMF specific transcripts pertaining to periods 2004 (March, July & Oct) and 2005 (July) consisting of eight pages.    There are no responsive records pertaining to period 2003.

In items 7 & 8, you requested TXMOD.  We have enclosed TXMOD pertaining to 2004 (July & Oct) consisting of seven pages.  There are no additional records responsive to these items.

In item 9, you requested IMFOLT for years 2003 through 2005.  There are no responsive records pertaining to this item.  IMFOLT represents an Individual Master File.  Your request pertains to BMF which represents a Business Master File.  As a courtesy, we have enclosed BMFOLT for periods 2004(Mar, Jul & Oct) and 2005 (July) consisting of six pages.

B 4584

2

*our Business No Amendis(A) files.*

There are no responsive records pertaining to item 10.

In item 11, you requested all 23C assessment certificates and supporting documentation for years 2003 through 2005. The Summary Record of Assessment (SRA), also known as Form 23C, or RACS, is the assessment document signed by the assessment officer. The SRA is an aggregate record of assessment which lists all taxes assessed for a given week or date by class of tax. <u>Identities of taxpayers are not provided on this form.</u> (The summary record, through supporting documents, provides the identification of the taxpayer, the character of the liability assessed, the taxable period and, if applicable, the amount of the assessment.) The supporting documents to the summary assessment are transcripts of accounts which we are enclosing, consisting of three pages pertaining to tax period 2004(Mar, July, Oct). Furnishing these transcripts meets all statutory requirements of Internal Revenue Code section 6203 and applicable regulations. No assessments have been made to date for periods 2003 and 2005.

If you still wish to obtain the SRA's, please submit your FOIA request for 2004 tax year assessments to: **Covington Campus, Stop 68G, PO Box 12267, Covington, KY 41019.** There is a search fee of $17.00 per hour (or fraction thereof) for locating SRA's after the first two hours, which are free of charge. The amount of the search fee depends on the number and age of the assessment records requested.

The forms requested in the following items are obsolete and non-existent: Item #12 – Form 17 or 17A; Item #13—Form 21 or 69.

Enclosed is Notice 393, Information on an IRS Determination to Withhold Records Exempt from the Freedom of Information Act-5 U.S.C. 522, which explains the Freedom of Information Act appeal rights.

If you have any questions regarding this correspondence, please contact F. Bones (07-90391), at (770) 234-4372, Internal Revenue Service, 401 West Peachtree Street, MS 602-D, Room 1905, Atlanta, GA 30308. Please refer to case # 06-2006-2236.

Sincerely,

*J.P. Bones*

F.P. Bones
Disclosure Specialist
ID. No. 07-90391
Disclosure Office Six (Atlanta)

Enclosure(s)

Form 668-A(c) (DO)
(Rev. Sept. 1997)

Department of the Treasury – Internal Revenue Service

**Notice of Levy**

| DATE: | DISTRICT: | TELEPHONE NUMBER OF IRS OFFICE: |
|---|---|---|

REPLY TO:

*Exhibit C*

NAME AND ADDRESS OF TAXPAYER:

TO:

IDENTIFYING NUMBER(S):

**THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ⟶  | **Total Amount Due ▶**

We figured the interest and late payment penalty to _____

    The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property (such as money, credits, and bank deposits) that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

    Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code **must be held for 21 calendar days** from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.

    Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying numbers(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

To respond to this levy:
1. Make your check or money order payable to Internal Revenue Service.
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order (not on a detachable stub.).
    Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
    Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.
If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative | Title |
|---|---|

Part 1 - FOR ADDRESSEE

FORM 668-A(c) (DO) (Rev. 9-97)    15704T

| Form **668-B** (Rev. August 2001) | Department of the Treasury – Internal Revenue Service |
|---|---|
| | **Levy** |

| Due from | Originating Internal Revenue Territory Office |
|---|---|
| *Exhibit D* | |

| Kind of Tax | Tax Period Ended | Date of Assessment | Taxpayer Identification Number | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|---|---|
| | | | | $ | $ | $ |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | **Total amount due** ▶ | | $ |

The amounts shown above are now due, owing, and unpaid to the United States from the above taxpayer for internal revenue taxes. Notice and demand have been made for payment. Chapter 64 of the Internal Revenue Code provides a lien for the above tax and statutory additions. Section 6331 of the Code authorizes collection of taxes by levy on all property or rights to property of a taxpayer, except property that is exempt under section 6334.

Therefore, under the provisions of Code section 6331, so much of the property or rights to property, either real or personal, as may be necessary to pay the unpaid balance of assessment shown, with additions provided by law, including fees, costs, and expenses of this levy, are levied on to pay the taxes and additions.

Dated at _____ _____, 20 _____
(Place)                                      (Date)

| Signature of Revenue Officer | | Telephone number | Date |
|---|---|---|---|
| **Concurrence** | Printed name of Group Manager | Signature | Date |
| | Printed name of Territory Manager | Signature | Date |
| | Printed name of Area Director, if required | Signature | Date |

_____ _____ was asked to be present during inventory.
(Printed name of taxpayer or taxpayer's representative)

☐ Yes
**The above named individual was present at inventory.** ☐ No    _____
(Signature of Revenue Officer)

**Part 1 – Seizure File**        Cat. No. 20440G        www.irs.gov        Form **668-B** (Rev. 8-2001)

*Exhibit E*

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | **0325720** | Incorporation Date / Formation Date: | **07/12/1933** (mm/dd/yyyy) |
| Entity Name: | **INTERNAL REVENUE TAX AND AUDIT SERVICE, INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **INACTIVE AGENT ACCOUNT** | | |
| Address: | **SECRETARY OF STATE TOWNSEND BLDG** | | |
| City: | **DOVER** | County: | **KENT** |
| State: | **DE** | Postal Code: | **199011234** |
| Phone: | **(302)739-3138** | | |

Additional information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information   Submit

*The Corp. is of Del.*

$20,000 = 200 shs @ $100 = 10

*Exhibit F 183*

# Certificate of Incorporation

**First.**—The name of this Corporation shall be ............................................................

............. **INTERNAL REVENUE TAX AND AUDIT SERVICE, INC.** ...............

**Second.**—Its principal office or place of business in the State of Delaware shall be located at 15-17 Dover Green in the City of Dover, County of Kent, and its resident agent shall be The Capital Trust Company of Delaware.

**Third.**—The nature of the business and the objects and purposes proposed to be transacted, promoted and carried on, are to do any or all of the things herein set forth, as fully and to the same extent as natural persons might or could do, and in any part of the world, viz:

To own, hold, sell and dispose of the right to the use, and in the sale of a Copyright Book printed therein, new and improved Forms, for use of business and professional men, and for the purpose of compiling accounting records and figures and other purposes, from which INCOME TAX RETURNS of any manner, kind, class and description may be prepared in conformity with the Internal Revenue Laws of the United States, and in conformity with any and all Taxing Laws enacted by any of the States, Counties, Municipalities, Cities, Towns, or other taxing divisions or subdivisions. Generally to conduct an Income Tax Accounting and Auditing business, and to act as Income Tax Accountants and Auditors for persons, firms, corporations, syndicates and others, and to make charges for the sale of said Income Tax Accounting Book of Forms, and for such other services as may be rendered.

To examine, audit and certify to the correctness of Corporation reports, Corporation books and accounts of persons, firms, partnerships, associations, public, quasi-public and private Corporations including any State or Government, estates and public and private institutions of all kinds, to install and maintain systems of Corporations analysis, and for other purposes, and for the keeping of records and accounts of all kinds, and to install and operate cost systems, and to make investigations as to the business affairs and property of any of the foregoing, and to render reports in connection therewith, and to make Corporation analysis, appraisals and valuations of all kinds, and to maintain, prepare and certify to the correctness of reports, balance sheets and statements, including Tax Reports and Tax Returns, for any and all purposes, State, Government or otherwise.

To manufacture, purchase or acquire in any lawful manner and to hold, own, mortgage, pledge, sell, transfer, or in any manner dispose of, and to deal and trade in goods, wares, merchandise, and property of any and every class and description, and in any part of the world.

To acquire the good will, rights and property, and to undertake the whole or any part of the assets or liabilities of any person, firm, association or corporation; to pay for the same in cash, the stock of this company, bonds or otherwise; to hold or in any manner to dispose of the whole or any part of the property so purchased; to conduct in any lawful manner the whole or any part of any business so acquired, and to exercise all the powers necessary or convenient in and about the conduct and management of such business.

To apply for, purchase, or in any manner to acquire, and to hold, own, use and operate, and to sell or in any manner dispose of, and to grant license or other rights in respect of, and in any manner deal with, any and all rights, inventions, improvements and processes used in connection with or secured under letters patent or copyrights of the United States or other countries, or otherwise, and to work, operate or develop the same, and to carry on any business, manufacturing or otherwise, which may directly or indirectly effectuate these objects or any of them.

F 2 B 3

To guarantee, purchase, hold, sell, assign, transfer, mortgage, pledge, or otherwise dispose of the shares of the capital stock of, or any bonds, securities or evidences of indebtedness created by any other corporation or corporations of this State or any other State, country, nation or government, and while owner of said stock may exercise all the rights, powers and privileges of ownership, including the right to vote thereon, to the same extent as natural persons might or could do.

To enter into, make and perform contracts of every kind with any person, firm, association or corporation, municipality, body politic, country, territory, State, government or colony or dependency thereof, and without limit as to amount to draw, make, accept, endorse, discount, execute and issue promissory notes, drafts, bills of exchange, warrants, bonds, debentures, and other negotiable or transferable instruments and evidences of indebtedness whether secured by mortgage or otherwise, as well as to secure the same by mortgage or otherwise.

To conduct business in any of the States, territories, colonies or dependencies of the United States, in the District of Columbia, and in any and all foreign countries, to have one or more offices therein, and therein to hold, purchase, mortgage and convey real and personal property, without limit as to the amount.

To do any or all of the things herein set forth to the same extent as natural persons might or could do and in any part of the world, as principals, agents, contractors, trustees, or otherwise, and either alone or in company with others.

To purchase, hold and release any of the shares of its capital stock.

In General to carry on any other business in connection therewith, whether manufacturing or otherwise, not forbidden by the laws of the State of Delaware, and with all the powers conferred upon corporations by the laws of the State of Delaware.

Fourth.—The total authorized capital stock of this corporation consists of : ..............
............................. shares of Common stock without nominal or par value AND
... Two Hundred (200) ................. shares of Common stock with the par value
of .. One Hundred .... Dollars ($100.00 ) each AND .............................
.............. shares of Preferred stock with the par value of .......................
Dollars ($........) each AND ............................ shares of Preferred
stock without nominal or par value.

The holders of each class or issue of stock, if there be more than one class or issue ..............
shall entitle the holder thereof to receive out of the net earnings, and the Corporation shall be
bound to pay, .................... dividend at the rate of ............. per annum,
payable .................................................. and in case the directors shall have power
in their discretion to declare and pay a dividend .......... upon the common stock.

The holders of preferred stock shall, in event of liquidation or dissolution of the Corporation,
before any amount shall be paid to the holders of the preferred or common stock, be entitled to be
paid the amount which such holders shall have paid in, and .......... and such preferred stock
shall not participate in further enhancement after payment of the whole of the paid up capital.

The preferred stock, at the discretion of the Company, shall be subject to redemption at
......................... on ...................... 19 ...... , or any dividend day thereafter.

....................................................................................................
....................................................................................................
....................................................................................................
....................................................................................................

This corporation will commence business with a capital of at least .. One ...............
Thousand Dollars.

Fifth.—The names and places of residence of the incorporators are as follows:

| Name | Residence |
|---|---|
| R. CLIFTON BARTON | NEW YORK, N.Y. |
| HELEN ETHELE BARTON | NEW YORK, N.Y. |
| LAWRENCE BONEVARDIA | NEW YORK, N.Y. |

**Seventh.—**The private property of the stockholders shall not be subject to the payment of corporate debts to any extent whatever.

**Eighth.—**The Directors shall have power to make and to alter or amend the By-laws: to fix the amount to be reserved as working capital, and to authorize and cause to be executed, mortgages and liens without limit as to amount, upon the property and franchises of this Corporation.

The By-laws shall determine whether and to what extent the accounts and books of this corporation, or any of them, shall be open to the inspection of the stockholders; and no stockholder shall have any right of inspecting any account, or book, or document of this Corporation, except as conferred by law or the By-laws, or by resolution of the stockholders or directors.

The stockholders and directors shall have power to hold their meetings and keep the books, documents and papers of the corporation outside of the State of Delaware, at such places as may be from time to time designated by the By-laws or by resolution of the stockholders or directors.

The directors shall have power by a resolution passed by a majority vote of the whole Board, under suitable provision of the By-laws, to designate two or more of their number to constitute an Executive Committee, which Committee shall for the time being, as provided in said resolution or in the By-laws, have and exercise any or all the powers of the Board of Directors which may be lawfully delegated in the management of the business and affairs of the Company, and shall have power to authorize the seal of the said Company to be affixed to all papers which may require it.

There shall be no preemptive right in the stockholders of subscribing to any additional issues of any class of stock of this corporation now or hereafter authorized unless hereafter conferred by resolution of the directors.

This Corporation reserves the right to amend, alter, change or repeal any provision contained in this Certificate of Incorporation, in the manner now or hereafter prescribed by the statutes of the State of Delaware, and all rights conferred on officers, directors and stockholders herein are granted subject to this reservation.

It is the intention that each of the objects, purposes and powers specified in all the paragraphs of the Third Section hereof shall be regarded as independent objects, purposes and powers.

We, the Undersigned, for the purpose of forming a Corporation under the laws of the State of Delaware, do make, file and record this Certificate, and do certify that the facts herein stated are true; and we have accordingly hereunto set our respective hands and seals.

Dated at ... NEW YORK CITY, N.Y. ...

July 11th ........., 1933

In presence of ...

Cornell Law School

*From: Michael*

LII / Legal Information Institute    *Exhibit 6    1533*

# U.S. Code collection

**TITLE 31 > SUBTITLE I > CHAPTER 3 > SUBCHAPTER II > § 333**

Prev | Next

## § 333. Prohibition of misuse of Department of the Treasury names, symbols, etc.

*How Current is This?*

*Search this title:*

Notes
Updates
Parallel regulations (CFR)
Your comments

**(a) General Rule.—** No person may use, in connection with, or as a part of, any advertisement, solicitation, business activity, or product, whether alone or with other words, letters, symbols, or emblems—

**(1)** the words "Department of the Treasury", or the name of any service, bureau, office, or other subdivision of the Department of the Treasury,

**(2)** the titles "Secretary of the Treasury" or "Treasurer of the United States" or the title of any other officer or employee of the Department of the Treasury,

**(3)** the abbreviations or initials of any entity referred to in paragraph (1),

**(4)** the words "United States Savings Bond" or the name of any other obligation issued by the Department of the Treasury,

**(5)** any symbol or emblem of an entity referred to in paragraph (1) (including the design of any envelope or stationary used by such an entity), and

**(6)** any colorable imitation of any such words, titles, abbreviations, initials, symbols, or emblems,

in a manner which could reasonably be interpreted or construed as conveying the false impression that such advertisement, solicitation, business activity, or product is in any manner approved, endorsed, sponsored, or authorized by, or associated with, the Department of the Treasury or any entity referred to in paragraph (1) or any officer or employee thereof.

**(b) Treatment of Disclaimers.—** Any determination of