# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5353**                            **September Term, 2007**

07cv01162

**Filed On: March 11, 2008** [1104384]

Michael Jack Stephens, K&M Trucking Company and
Kellie Dawn Clark,
        Appellants

v.

United States of America, et al.,
        Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 5, 5, 08
BY: [signature]   Deputy Clerk
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

## ORDER

By order filed January 8, 2008, directing appellant to file his answer to the order to show cause, by February 7, 2008. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. Appellant received and signed for the order on January 12, 2008. To date, appellant has not complied with the Court's order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

BY:

                                                Elizabeth V. Scott
                                                Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: [signature]   Deputy Clerk